LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
lawrence@freimanlaw.com
Freiman Law
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
T: (310) 917-1024; F: (888) 835-8511
*Counsel for Plaintiff THEO ROFOLI*

MICHELLE M. JONES, ESQ.
Nevada Bar No. 8505
703 S. Eighth Street
Las Vegas, NV 89101
T: (702) 385-1067; F: (702) 386-9825
*Designated Attorney for Service in Nevada Only*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THEO ROFOLI,<br><br>               Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; and DOES 1-20, inclusive,<br><br>               Defendants. | CASE NO.: 2:17-cv-00391<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the parties have reached a settlement in this matter that, once consummated, will dispose of this matter in its entirety. Plaintiff anticipates that this matter will be dismissed within 45 days. Plaintiff respectfully requests that the Court vacate the hearing set for October 26, 2017 at 9:15 a.m. on the

Stipulation for Extension of Time due to the settlement.

        FREIMAN LAW

        /s/ Lawrence W. Freiman

        Attorneys for Plaintiff THEO ROFOLI

**IT IS ORDERED** that:

1. The settling parties shall have until **December 8, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

2. The scheduling conference currently scheduled for October 26, 2017, at 9:15 a.m. is **VACATED**.

3. The Unopposed Motions to Appear Telephonically (ECF Nos. 34, 35) are **DENIED as moot**.

Dated this 24th day of October, 2017.

              _____
              Peggy A. Leen
              United States Magistrate Judge