| | |
|---|---|
| 1 | FREIMAN LAW |
| | Lawrence W. Freiman |
| 2 | Nevada State Bar No. 10588 |
| | lawrence@freimanlaw.com |
| 3 | Michael Freiman (*pro hac vice*) |
| | michael@freimanlaw.com |
| 4 | 100 Wilshire Blvd., Suite 700 |
| | Santa Monica, CA 90401 |
| 5 | Telephone: (310) 917-1024 |
| | Facsimile: (888) 835-8511 |
| 6 | |
| 7 | Michelle M. Jones |
| | Nevada State Bar No. 8505 |
| | 703 S. Eighth Street |
| 8 | Las Vegas, NV 89101 |
| | Telephone: (702) 385-1067 |
| 9 | Facsimile: (702) 386-9825 |
| | *Designated Attorney for Service in Nevada Only* |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | THEO ROFOLI |

[*additional counsel on next page*]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEO ROFOLI, | Case No. 2:17-cv-00391-JAD-PAL |
| Plaintiff, | [Assigned to United States District Judge Jennifer A. Dorsey] |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ZURICH AMERICAN INSURANCE COMPANY; and DOES 1-20, inclusive, | Complaint Filed: February 8, 2017 |
| Defendants. | Trial Date: None Set |
| | ECF Nos. 31, 37 |

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Erin Dougherty Foley (*pro hac vice*) |
| 2 | edfoley@seyfarth.com |
| | 233 S. Wacker Drive, Suite 8000 |
| 3 | Chicago, IL 60606-6448 |
| | Telephone: (312) 460-5000 |
| 4 | Facsimile: (312) 460-7000 |
| 5 | Jennifer R. Nunez (*pro hac vice*) |
| | jnunez@seyfarth.com |
| 6 | 2029 Century Park East, Suite 3500 |
| | Los Angeles, CA 90067 |
| 7 | Telephone: (310) 277-7200 |
| | Facsimile: (310) 201-5219 |
| 8 | |
| | BAUMAN LOEWE WITT & MAXWELL, PLLC |
| 9 | Michael C. Mills |
| | Nevada State Bar No. 3534 |
| 10 | mmills@blwmlawfirm.com |
| | 3650 N. Rancho Drive, Suite 114 |
| 11 | Las Vegas, NV 89130 |
| | Telephone: (702) 240-6060 |
| 12 | Facsimile: (702) 240-4267 |
| | *Designated Attorney for Service in Nevada Only* |

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Theo Rofoli, and Defendant, Zurich American Insurance Company, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: November 27, 2017            Respectfully submitted,

                                    SEYFARTH SHAW LLP


                                    By:  */s/ Jennifer R. Nunez*
                                         Erin Dougherty Foley
                                         Jennifer R. Nunez
                                         Attorneys for Defendant
                                         Zurich American Insurance Company

DATED: November 27, 2017            Respectfully submitted,

                                    FREIMAN LAW


                                    By:  */s/ Lawrence W. Freiman*
                                         Lawrence W. Freiman
                                         Michael Freiman
                                         Attorneys for Plaintiff Theo Rofoli

Pursuant to LR IC 5-1, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

### ORDER

In consideration of the Parties' Joint Stipulation of Dismissal, it is hereby ordered that the above captioned lawsuit is DISMISSED WITH PREJUDICE. Each party will bear its own costs, expenses, and attorneys' fees. The Joint Stipulation to Amend Schedule Order [ECF No. 31] as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
November 27, 2017